

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00370-CV

Patricia **JACAMAN**,
Appellant

v.

**U.S. BANK, N.A.** as Trustee for Bear Stearns Asset Backed Securities 1 Trust 2044-AC6; and
Nationstar Mortgage LLC d/b/a Mr. Cooper; DOES 1 through 100 Inclusive,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2022CVG000378D1
Honorable Joe Lopez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are assessed against appellant Patricia Jacaman.

SIGNED February 14, 2024.

_____
Irene Rios, Justice